IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WENDY ALISON NORA,

       Appellant,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　Case No. 10-cv-68-bbc

RESIDENTIAL FUNDING COMPANY, LLC,

       Appellee.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of appellee Residential Funding Company, LLC dismissing this appeal of the decision of the United States Bankruptcy Court for the Western District of Wisconsin for failure to prosecute.

_____　　　　　_7/13/10_
Peter Oppeneer, Clerk of Court　　　　　Date